**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| NASIR AHMAD HAMIDI | CIVIL ACTION NO. 26-0702 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| IMMIGRATION & CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE PEREZ-MONTEZ |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, the written objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) filed by Petitioner Nasir Ahmad Hamidi ("Petitioner") be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents must release Petitioner within seven (7) days under appropriate conditions of supervision and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of November, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE